IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re INTRABIOTICS PHARMACEUTICALS, INC. SECURITIES LITIGATION, _____/ | No. C 04-02675 JSW<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING APPLICATION TO FILE CORRECTED CONSOLIDATED COMPLAINT AND GRANTING MOTION TO STRIKE DEFENDANTS' RESPONSE** |

Now before the Court is Plaintiffs' application to file the Corrected Consolidated Amended Complaint and Plaintiffs' motion to strike Defendants' response thereto. The Court finds this matter suitable for disposition without oral argument . *See* N.D. Civ. L.R. 7-1(b). Having carefully reviewed the parties' papers and considered the relevant legal authority, and good cause appearing, the Court hereby GRANTS Plaintiffs' application to file the amended complaint and GRANTS Plaintiffs' motion to strike Defendants' response. The application to file the amended complaint was unopposed and the filing of the response thereto was improper and immaterial.

The Corrected Consolidated Complaint filed on March 21, 2005 shall be considered the operative complaint in this matter.

**IT IS SO ORDERED.**

Dated: May 16, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE