IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTRABIOTICS PHARMACEUTICALS, INC. SECURITIES LITIGATION | Master File No. C 04-02675 JSW |
| This Document Relates to Case No. 04-3064 | **ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY** |

/

*Lyons v. Intrabiotics Pharmaceuticals, Inc., et al.,* 04-3064 JSW, has been consolidated for all further proceedings with *In re Intrabiotics Pharmaceuticals, Inc. Securities Litigation*, 04-2675. As all ongoing matters are being filed in case no. C-04-2675 JSW, there appears to be no reason at this time to maintain the *Lyons* action as an open file for statistical purposes. Accordingly, said action is hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of said action, and should further proceedings become necessary or desirable, any party may initiate them in the same manner as if this order has not been entered.

**IT IS SO ORDERED.**

Dated: October 19, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE