IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re INTRABIOTICS PHARMACEUTICALS, INC. SECURITIES LITIGATION,

No. C 04-02675 JSW

**CLASS ACTION**

**ORDER SETTING BRIEFING SCHEDULE**

This document relates to:

    All Actions

_____/

    This matter is set for a hearing on March 24, 2006 on Defendants' motion to amend order and certify for interlocutory appeal. The Court HEREBY ORDERS that Plaintiffs' opposition to the motion shall be due on Friday, February 17, 2006 and Defendants' reply brief shall be due on Friday, February 24, 2006.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: February 3, 3006

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California