| | |
|---|---|
| 1 | Robert S. Green (State Bar No. 136183) |
| | **GREEN WELLING LLP** |
| 2 | 595 Market Street, Suite 2750 |
| | San Francisco, CA 94105 |
| 3 | Telephone: (415) 477-6700 |
| | Facsimile: (415) 477-6710 |
| 4 | Email: cand.uscourts@classcounsel.com |
| 5 | Liaison Counsel for Plaintiffs |
| 6 | Gregory M. Castaldo (*pro hac vice*) |
| | Trevan Borum (*pro hac vice*) (tborum@sbclasslaw.com) |
| 7 | **SCHIFFRIN & BARROWAY, LLP** |
| | 280 King of Prussia Road |
| 8 | Radnor, PA 19087 |
| | Telephone: (610) 667-7706 |
| 9 | Facsimile: (610) 667-7056 |
| 10 | Jacqueline Sailer (*pro hac vice*) (jsailer@murrayfrank.com) |
| | **MURRAY FRANK & SAILER, LLP** |
| 11 | 275 Madison Avenue, Suite 801 |
| | New York, NY 10016-1101 |
| 12 | Telephone: (212) 682-1818 |
| | Facsimile: (212) 682-1892 |
| 13 | |
| | Lead Counsel for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re INTRABIOTICS PHARMACEUTICALS, INC. SECURITIES LITIGATION | Case No. C 04 2675-JSW |
| | **STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 24, 2006 HEARING** |
| This Document Relates To: | |
| All Actions. | CLASS ACTION |
| | Date: March 24, 2006 |
| | Time: 9:00 a.m. |
| | Courtroom: 2, 17th Floor |
| | Judge: Hon. Jeffrey S. White |

STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 24, 2006 HEARING
CASE NO. C 04 2675-JSW

1  WHEREAS, on February 2, 2006, Defendants filed a Motion to Amend Order and Certify for Interlocutory Appeal Under 28 U.S.C. § 1292(b)("Motion");

3  WHEREAS, on February 3, 2006, this Court issued an Order Setting Briefing Schedule setting the hearing on Defendants' Motion for March 24, 2006;

5  WHEREAS, counsel for Lead Plaintiff has a conflict with the March 24, 2006 hearing due to the schedule of another matter;

7  WHEREAS, Defendants' counsel agreed to stipulate to the postponement provided that it is only for one week and that if the court cannot accommodate the hearing on March 31, 2006, Defendants do not stipulate to any other possible dates;

10  WHEREAS, the parties have not previously requested that any motion hearings be postponed; and

12  WHEREAS, a one week extension will not have any other effect on the schedule of this case.

13  THEREFORE, the parties stipulate, subject to the approval of the Court, as follows:

14  The hearing on Defendants' Motion set for March 24, 2006 is continued for one week and will be set for March 31, 2006 at 9:00 a.m.

Dated: March 14, 2006

**GREEN WELLING LLP**

By: _____/s/_____
Robert S. Green

595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
**Liaison Counsel for Plaintiffs**

Gregory M. Castaldo (*pro hac vice*)
Trevan Borum (*pro hac vice*)
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

Jacqueline Sailer (*pro hac vice*)
**MURRAY FRANK & SAILER, LLP**
275 Madison Avenue, Suite 801
New York, NY 10016-1101
Telephone: (212) 682-1818
**Lead Counsel for Plaintiffs**

STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 24, 2006 HEARING
CASE NO. C 04 2675-JSW                                                                                                             1

| | | |
|---|---|---|
| 1 | Dated: March 14, 2006 | **WILSON SONSINI GOODRICH & ROSATI** |

By: _____/s/_____
        Cheryl W. Foung

Boris Feldman (State Bar No. 128838)
Ignacio E. Salceda (State Bar No. 164017)
Cheryl W. Foung (State Bar No. 108868)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants IntraBiotics Pharmaceuticals, Inc., Henry J. Fuchs, Detlef Albrecht, David J. Tucker, Ernest Mario, Kevin C. Tang, Mark L. Perry, Gary A. Lyons, Jerry Jackson, and Jack S. Remington

## GENERAL ORDER 45X

I, Robert S. Green, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing March 24, 2006 Hearing. In compliance with General Order 45X, I hereby attest that Cheryl W. Foung has concurred in this filing.

_____/s/_____
Robert S. Green

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties herein, the hearing on Defendants' Motion to Amend Order and Certify for Interlocutory Appeal Under 28 U.S.C. § 1292(b) shall be set for March 31, 2006 at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 15, 2006

*Jeffrey S. White*
The Honorable Jeffrey S. White
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 24, 2006 HEARING
CASE NO. C 04 2675-JSW                                                                 2