BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
IGNACIO E. SALCEDA, State Bar No. 164017 (isalceda@wsgr.com)
CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
IntraBiotics Pharmaceuticals, Inc.,
Henry J. Fuchs, Detlef Albrecht, David J. Tucker,
Ernest Mario, Kevin C. Tang, Mark L. Perry,
Gary A. Lyons, Jerry Jackson, and
Jack S. Remington

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re INTRABIOTICS PHARMACEUTICALS, INC., SECURITIES LITIG.,<br><br>This Documents Relates To: All Actions | Master File No. C-04-2675-JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE<br><br>Hearing Date: April 21, 2006<br>Hearing Time: 9:00 a.m.<br>Courtroom: The Hon. Jeffrey S. White; Dept. 17 |

Whereas the hearing date on defendants' motion to dismiss and motion to certify are currently scheduled for hearing on April 21, 2006,

Whereas the lead attorney for defendants, Boris Feldman, had a child born one month prematurely, and for religious reasons has a ceremony now scheduled for the child on April 21, the same date as the hearing;

Whereas all counsel agree to reschedule the hearing to the next available convenient date,

May 26, 2006 at 9:00 a.m.;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the hearing date for defendants' motion to dismiss and motion to certify will be May 26, 2006 at 9:00 a.m.

Dated: April 18, 2006

GREEN WELLING LLP

Robert S. Green*
235 Pine Street, 15th Floor
San Francisco, California 94104
(415) 477-6700
(415) 477-6700

Liaison Counsel for Plaintiff

SCHIFFRIN & BARROWAY, LLP
Gregory M. Castaldo*
Trevan Borum
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

MURRAY FRANK & SAILER, LLP
Jacqueline Sailer*
Paul T. Curley*
275 Madison Avenue
Suite 801
New York, New York 10016-1101

Co-Lead Counsel for Plaintiff

I, Boris Feldman, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Consolidation and Scheduling Order. I hereby attest that Robert Green, Trevan Borum, and Jacqueline Sailer have concurred in this filing.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ BORIS FELDMAN
BORIS FELDMAN

Counsel for Defendants

**ORDER**

Good cause appearing, the Court continues the hearing date presently scheduled for April 21 until May 26, 2006 at 9:00 a.m.

IT IS SO ORDERED, this 18 day of April, 2006.

The Honorable Jeffrey S. White
United States District Judge