IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re INTRABIOTICS PHARMACEUTICALS, INC. SECURITIES LITIGATION, <br><br> This document relates to: <br><br> All Actions <br><br> _____/ | No. C 04-02675 JSW <br><br> **CLASS ACTION** <br><br> **ORDER DISMISSING PLAINTIFF'S FIRST AND SECOND CLAIMS WITH PREJUDICE** |

On August 1, 2006, the Court granted Defendants' motion to dismiss Plaintiffs' third and fourth claims with prejudice and reserved ruling on Defendants' motion to amend or certify for interlocutory appeal the Court's prior order regarding Plaintiff's first and second claims. The Court directed the parties to file supplemental briefing with respect to the first and second claims in accordance with the order issued on August 1, 2006, and informed Plaintiffs that the Court would dismiss their first and second claims with prejudice if they did not file a supplemental brief by August 18, 2006. Plaintiffs failed to file a supplemental brief. Accordingly, for the reasons stated in the order issued on August 1, 2006, the Court HEREBY DISMISSES Plaintiffs' first and second claims with prejudice.

**IT IS SO ORDERED.**

Dated: August 30, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE